RECEIVED
AUG 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sheila A. Bloom, | ) |
| | ) |
| v. | ) |
| | ) |
| Peter Geren, Secretary of the Army<br>UNITED STATES ARMY<br>101 Army Pentagon<br>Washington, DC 20310-0101 | ) Civil Case No. 07-979-HHK |
| and | ) |
| LTG Robert L. Van Antwerp, Chief of Engineers<br>Office of the Chief of Engineers<br>2600 Army Pentagon<br>Washington DC 20310-2600 | ) |
| and | ) |
| Et. Al: Bruce Merle Elliott, Toni Trevor Trombecky,<br>Sean M. Wachutka, James J. Braxton.<br>Timothy Alderman, David Breeden, Kathy Genung<br>Kristine Allaman (SES), Barbara Campbell,<br>Carl A. Strock (LTG-Ret), Robert Griffin (MG-Ret)<br>Up to 10 defendants to be named<br>US ARMY CORPS OF ENGINEERS<br>441 G. Street, NW, Washington, DC 20314-1000 | ) Date: August 4, 2007 |

### SUMMARY OF
### NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
### AND WAIVER OF SERVICE OF SUMMONS
### AND SERVICE OF COMPLAINT ON THE DEFENDANTS

Ms. Sheila Bloom, Pro Se Plaintiff, provides to the Court this Summary of **Notice of Lawsuit and Request for Waiver of Service of Summons (Form 1A) and Waiver of Service of Summons (Form 1B) to the Court** as specified within Rule 4 of the Federal Rules of Civil Procedure as a "Duty to Avoid Unnecessary Costs of Service Of Summons". Pro Se Plaintiff requests confirmation and clarification from the Court to ensure Equal Justice under the Law that the process employed by the Plaintiff meets the intent and requirements of service as outlined under the local rules of the United States District Court for the District of Columbia and as staed in the the Federal Rules of Civil Procedure.

Plaintiff previously filed Court the Complaint and Jury Demand with the Clerk of the District Court for the District of Columbia. The Complaint was assigned Case No. <u>07-979-HHK</u>. The Plaintiff also provided the Complaint to the following parties on May 21, 2007 as indicated in TABLE A below:

| Name | Title | Address | Date Received per USPS |
|---|---|---|---|
| Nancy Mayer-Whittington | Clerk of the Court, US District Court for the District of Columbia | 333 Constitution Avenue, NW Washington, DC 20001 | 5/23/07 1:54PM |
| Alberto Gonzales | Attorney General | US Department of Justice 950 Pennsylvania Ave., NW Washington, DC 20530 | 5/23/07 10:47 AM |
| Jeffrey A. Taylor, USA | US Attorney for the District of Columbia | Judiciary Center Building 555 Fourth Street, NW Washington, DC 20530 | 5/23/07 10:47AM |
| Peter Geren | Secretary of the Army | 101 Army Pentagon Washington, DC 20310-0101 | 5/29/07 6:47 AM |
| Robert L. Van Antwerp, LTG | Chief of Engineers | Office of the Chief of Engineers 2600 Army Pentagon Washington, DC 20310-2600 | 5/23/2007 11:56AM |

In accordance with Rule 4 of the Federal Rules of Civil Procedure Ms. Bloom has met her obligation that requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint by providing two (2) copies of FORM 1A and 1B, 1 copy of the Complaint and Jury Demand (07-979-HHK) for each defendant being sued in both their "Individual" and "Official" capacity. Plaintiff has also provided a postage paid return envelope for each defendant to return the original signed copy back to the Plaintiff after signing and dating it. This places no burden of cost in the execution of this waiver on each defendant who are being sued in both their "Official" and "Individual" Capacity for there actions and inactions and collusion that resulted in abuses of power, prohibited personnel practices, on-going and continual discrimination, reprisal, retaliation and a hostile work environment against the Plaintiff Ms. Bloom.

2

The Plaintiff does not have access to the home addresses of all the defendants, therefore she has submitted the documents Care Of (C/O) responsible officials within the Agency who have access to this information as shown in TABLE B below:

| Defendant Name | Rank/Grade | Notice and Waivers sent to Address | C/O |
|---|---|---|---|
| Carl A. Strock, retired | LTG | Office of the Chief of Engineers<br>2600 Army Pentagon<br>Washington, DC 20310-2600 | C/O LTG Van Antwerp<br>Chief of Engineers |
| Robert Griffin, retired | MG | Same as above | C/O LTG Van Antwerp |
| Barbara Campbell | GS-15 | Same as above | C/O LTG Van Antwerp |
| David Breeden, retired | GS-13 | Same as above | C/O LTG Van Antwerp |
| James Braxton | GS-14 | Same as above | C/O LTG Van Antwerp |
| Kristine Allaman | SES | Same as above | C/O LTG Van Antwerp |
| Kathy Genung | GS-13 | Civilian Personnel Advisory Center<br>HQ US Army Corps of Engineers,<br>ATTN: CEPAC/HECSA<br>441 G. Street NW<br>Washington, DC 20314 | C/O Mr. Dries<br>Director<br>Humphreys Engineer Support Activity (HECSA) |
| Timothy Alderman | GS-14? | Same as above | C/O Mr. Dries |
| Bruce Merle Elliott | GS-15 | 8334 Kings Ridge Court<br>Springfield, VA 22153-2257 | Bruce Merle Elliott, sent to last home address |
| Toni Trevor Trombecky ("TTT") | GS-15 | 1825 Oak Drive<br>Waldorf, MD 20601-4507 | Toni Trombecky, sent to last home address |
| Sean Wachutka ("Sean W.") | GS-15 | 16711 Ostenbury Court<br>Dumfries, VA 22025-3116 | Sean Wachutka, sent to last home address |
| To Be Determined – 10 Defendants | TBD | TBD | TBD |

A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver. It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.

A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought. A defendant who

3

waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received. (As added Apr. 22, 1993, eff. Dec. 1, 1993.). In accordance with Federal Rules of Civil Procedure:

> "(B) Service on an officer or employee of the United States sued in an individual capacity for acts or omissions occurring in connection with the performance of duties on behalf of the United States—whether or not the officer or employee is sued also in an official capacity—is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by serving the officer or employee in the manner prescribed by Rule 4(e), (f), or (g)."

Therefore the Plaintiff has met her obligation for efficiency in service by filing the **Notice of Lawsuit and Request for Waiver of Service of Summons (Form 1A) and Waiver of Service of Summons (Form 1B)** with the defendants who are being sued in their "INDIVIDUAL CAPACITY". To meet the burden for service on the United States, Plaintiff will follow Fed. R. Civ. P 4(i) (2)(A) as prescribed by Rule 4(i)(1) and serve the Summons and Complaint on the Agency et All defendants (Army and US Army Corps) and as prescribed for the Attorney General and the US Attorney for the District of Columbia. The Plaintiff served the Complaint and Jury Demand upon Clerk of the Court, Attorney General Gonzales, US Attorney Jeffrey Taylor, the Secretary of the Army (Peter Geren) and the Chief of Engineers (LTG Robert L. Van Antwerp) on May 21, 2007.

  **Respectfully Submitted,**

*[signature]* 8/4/07
Sheila A. Bloom, Pro Se Plaintiff

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, Notice of Lawsuit and Request for Waiver of Service of Summons (Form 1A) and Waiver of Service of Summons (Form 1B) were served, by first class certified mail with postage paid envelope enclosed for each Defendant upon the following persons on August 4, 2007 (Note: Defendants were served C/O the parties listed where the Defendant's home address was not available to the Plaintiff:

**1. Nancy Mayer-Whittington**
Clerk of the Court
US District Court for the
DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
WASHINGTON, DC 20001
(Certified mail postage paid)

**2. JEFFREY A. TAYLOR, USA**
United States Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(Certified mail postage paid)

**3. ALBERTO GONZALES**
Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Tel: 202-353-1555
(Certified mail postage paid)

**4. PETER GEREN**
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101
POC: HQ DA Chief Attorney and Legal Services Directorate
Tel: 703-697-5423
Fax: 703-693-5735
(Certified mail postage paid)

**5. Care Of: LTG Robert L. Van Antwerp**
Chief of Engineers
Office of the Chief of Engineers
US Army Corps of Engineers
2600 Army Pentagon
Washington, DC 20310-2600
(Certified mail postage paid)
**INCLUDES WAIVER OF SERVICE FOR:**

Carl A. Strock, LTG-retired (Chief)
Robert Griffin, MG-retired (Deputy Commanding General)
Kristine Allaman (SES)
Barbara Campbell (Civilian Chief of Staff); David Breeden, retired (Occupational Health Officer)
James Braxton (former EEO Officer);

**6. Care Of: MR. JAMES DRIES**
Director, Humpreys Engineer Support Activity (HECSA)
ATTN: CEHEC-ZA
441 G. Street NW, 6th floor
Washington, DC 20314
**INCLUDES WAIVER OF SERVICE FOR:**
Timothy Alderman, Director CEPAC
Kathy Genung, Lead Personnel Specialist (CEPAC)
(Certified mail postage paid)

**Notice and Waiver ONLY not Summary sent to:**
Bruce Merle Elliott
8334 Kings Ridge Court
Springfield, VA 22153-2257
**First Class Mail, postage paid**

Sean M. Wachutka
16711 Ostenbury Court
Dumfries, VA 22025-3116
**First Class Mail, postage paid**

Toni Trevor Trombecky
1825 Oak Drive
Waldorf, MD 20601-4507
**First Class Mail, postage paid**

This day of August 4, 2007

By: Sheila Bloom, Pro Se Plaintiff

8/4/07

5