# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Sheila A. Bloom, )
)
v. )
)
Peter Geren, Secretary of the Army )
UNITED STATES ARMY )
101 Army Pentagon ) Civil Case No. 07-979-HHK
Washington, DC 20310-0101 )
)
and )
)
LTG Robert L. Van Antwerp, Chief of Engineers ) **RECEIVED**
Office of the Chief of Engineers )
2600 Army Pentagon ) SEP 1 2 2007
Washington DC 20310-2600 )
) NANCY MAYER WHITTINGTON, CLERK
and ) U.S. DISTRICT COURT
)
Et. Al: Bruce Merle Elliott, Toni Trevor Trombecky, )
Sean M. Wachutka, James J. Braxton. )
Timothy Alderman, David Breeden, Kathy Genung )
Kristine Allaman (SES), Barbara Campbell, )
Carl A. Strock (LTG-Ret), Robert Griffin (MG-Ret) )
Up to 10 defendants to be named )
US ARMY CORPS OF ENGINEERS )
441 G. Street, NW, Washington, DC 20314-1000 ) Date: September 6, 2007

## SUMMARY OF
## NOTICE SERVICE OF SUMMONS AND SERVICE OF COMPLAINT ON THE DEFENDANTS

On August 4, 2007 Ms. Sheila Bloom, Pro Se Plaintiff, provided the Court a Summary of Notice of Lawsuit and Request for Waiver of Service of Summons (Form 1A) and Waiver of Service of Summons (Form 1B) to the Court as specified within Rule 4 of the Federal Rules of Civil Procedure as a "Duty to Avoid Unnecessary Costs of Service Of Summons". Plaintiff also provided a summary of service of complaint and summons on the defendants as of September 6, 2006 and provides affidavit of mailing and USPS proof of service.

Pro Se Plaintiff requests Equal Justice under the Law to meet the intent and requirements of service as outlined under the local rules of the United States District Court for the District of Columbia and as stated in the Federal Rules of Civil Procedure.

Plaintiff previously filed with the Court the Complaint and Jury Demand with the Clerk of the District Court for the District of Columbia. The Complaint was assigned Case No. 07-979-HHK. The Plaintiff provided the Complaint to the following parties on May 21, 2007 as indicated in TABLE 1 below:

| Name | Title | Address | USPS Tracking Number |
|---|---|---|---|
| Nancy Mayer-Whittington | Clerk of the Court, US District Court for the District of Columbia | 333 Constitution Avenue, NW Washington, DC 20001 | 71119503266009012586 DELIVERED 5/23/07 1:54PM |
| Alberto Gonzales | Attorney General | US Department of Justice 950 Pennsylvania Ave., NW Washington, DC 20530 | 71119503266009012616 DELIVERED 5/23/07 10:47 AM |
| Jeffrey A. Taylor, USA | US Attorney for the District of Columbia | Judiciary Center Building 555 Fourth Street, NW Washington, DC 20530 | 71119503266009012593 DELIVERED 5/23/07 10:47 AM and 71119503266009013330 DELIVERED 8/8/07 4:46AM |
| Peter Geren | Secretary of the Army | 101 Army Pentagon Washington, DC 20310-0101 | 71119503266009012609 DELIVERED 5/29/07 6:47 AM |
| Robert L. Van Antwerp, LTG | Chief of Engineers | Office of the Chief of Engineers 2600 Army Pentagon Washington, DC 20310-2600 | 71119503266009012623 DELIVERED 5/23/2007 11:56AM |

In accordance with Rule 4 of the Federal Rules of Civil Procedure on August 4, 2007, Plaintiff met her obligation to require defendants to cooperate in saving unnecessary costs of service of the summons and complaint by providing two (2) copies of FORM 1A and 1B, 1 copy of the Complaint and Jury Demand (07-979-HHK) for each defendant being sued in both their

2

"Individual" and "Official" capacity. Plaintiff has also provided a postage paid return envelope for each defendant to return the original signed copy back to the Plaintiff after signing and dating it. This places no burden of cost in the execution of this waiver on each defendant who are being sued in both their "Official" and "Individual" Capacity for there actions and inactions and collusion that resulted in abuses of power, prohibited personnel practices, on-going and continual discrimination, reprisal, retaliation and a hostile work environment against the Plaintiff Ms. Bloom. All Defendants failed to return the waiver of service to the Plaintiff. Plaintiff served the notice of mailing waiver of service and a copy of each notice to:

| Name | Title | Address | USPS Tracking Number |
|---|---|---|---|
| Nancy Mayer-Whittington | Clerk of the Court, US District Court for the District of Columbia | 333 Constitution Avenue, NW Washington, DC 20001 | 71119503266009013309 DELIVERED 8/8/07 2:13 PM |
| Alberto Gonzales | Attorney General | US Department of Justice 950 Pennsylvania Ave., NW Washington, DC 20530 | 71119503266009013323 DELIVERED 8/8/07 4:46 AM |
| Jeffrey A. Taylor, USA | US Attorney for the District of Columbia | Judiciary Center Building 555 Fourth Street, NW Washington, DC 20530 | 71119503266009013231 DELIVERED 8/8/07 4:46 AM |
| Peter Geren | Secretary of the Army | 101 Army Pentagon Washington, DC 20310-0101 | 71119503266009013316 DELIVERED 8/8/07 7:04 AM |
| Robert L. Van Antwerp, LTG | Chief of Engineers | Office of the Chief of Engineers 2600 Army Pentagon Washington, DC 20310-2600 | 04119503266009032070 DELIVERED 8/8/07 11:00AM |
| James Dries | Director, Humphreys Engineer Support Activity | HECSA CEHEC-ZA 441 G. Street NW Washington, DC 20314 | 04119503266009032087 8/4/07 |

3

The Plaintiff submitted the documents Care Of (C/O) responsible officials within the Agency who have access to this information as shown in TABLE 2 below:

| Defendant Name | Rank/Grade | Notice and Waivers sent to Address | C/O AND USPS TRACKING |
|---|---|---|---|
| Carl A. Strock, retired | LTG | Office of the Chief of Engineers<br>2600 Army Pentagon<br>Washington, DC 20310-2600 | C/O LTG Van Antwerp Chief of Engineers<br>04119503266009032070<br>DELIVERED 8/8/07 11:00AM |
| Robert Griffin, retired | MG | Same as above | C/O LTG Van Antwerp<br>04119503266009032070<br>DELIVERED 8/8/07 11:00AM |
| Barbara Campbell | GS-15 | Same as above | C/O LTG Van Antwerp<br>04119503266009032070<br>DELIVERED 8/8/07 11:00AM |
| David Breeden, retired | GS-13 | Same as above | C/O LTG Van Antwerp<br>04119503266009032070<br>DELIVERED 8/8/07 11:00AM |
| James Braxton | GS-14 | Same as above | C/O LTG Van Antwerp<br>04119503266009032070<br>DELIVERED 8/8/07 11:00AM |
| Kristine Allaman | SES | Same as above | C/O LTG Van Antwerp<br>04119503266009032070<br>DELIVERED 8/8/07 11:00AM |
| Kathy Genung | GS-13 | Civilian Personnel Advisory Center<br>HQ US Army Corps of Engineers,<br>ATTN: CEPAC/HECSA<br>441 G. Street NW<br>Washington, DC 20314 | C/O James Dries Director<br>Humphreys Engineer Support Activity (HECSA)<br>04119503266009032087<br>8/4/07 |
| Timothy Alderman | GS-14? | Same as above | C/O James Dries<br>04119503266009032087<br>8/4/07 |
| Bruce Merle Elliott | GS-15 | 8334 Kings Ridge Court<br>Springfield, VA 22153-2257 | Bruce Merle Elliott, sent to last home address |
| Toni Trevor Trombecky ("TTT") | GS-15 | 1825 Oak Drive<br>Waldorf, MD 20601-4507 | Toni Trombecky, sent to last home address |
| Sean Wachutka ("Sean W.") | GS-15 | 16711 Ostenbury Court<br>Dumfries, VA 22025-3116 | Sean Wachutka, sent to last home address |
| To Be Determined – 10 Defendants | TBD | TBD | TBD |

4

A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver. It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.

A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought. A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received. (As added Apr. 22, 1993, eff. Dec. 1, 1993.). In accordance with Federal Rules of Civil Procedure:

> "(B) Service on an officer or employee of the United States sued in an individual capacity for acts or omissions occurring in connection with the performance of duties on behalf of the United States—whether or not the officer or employee is sued also in an official capacity—is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by serving the officer or employee in the manner prescribed by Rule 4(e), (f), or (g)."

Therefore the Plaintiff has met her obligation for efficiency in service by filing the **Notice of Lawsuit and Request for Waiver of Service of Summons (Form 1A) and Waiver of Service of Summons (Form 1B)** with the defendants who are being sued in their "INDIVIDUAL CAPACITY".

Plaintiff met the burden for service on the United States in accordance with Fed. R. Civ. P 4(i) (2)(A) as prescribed by Rule 4(i)(1) and serve the Summons and Complaint on the Agency

5

et All defendants (Army and US Army Corps) and as prescribed for the Attorney General and the US Attorney for the District of Columbia. The Plaintiff served the Complaint and Jury Demand upon Clerk of the Court, Attorney General Gonzales, US Attorney Jeffrey Taylor, the Secretary of the Army (Peter Geren) and the Chief of Engineers (LTG Robert L. Van Antwerp) on May 21, 2007. On August 27, 2007 Plaintiff served the Complaint and Summons on the Defendants by way of a third party as shown in Table 3 below. Plaintiff certifies that an affidavit of mailing for each defendant was completed for each parcel served by certified mail with on-line return receipt as follows (copies of USPS receipts are enclosed):

| Defendant Name | Rank/Grade | Sent to Address | Care Of | USPS Tracking Number |
|---|---|---|---|---|
| Alberto Gonzelas or Successor | Attorney General | US Attorney General USDOJ 950 Pennsylvania Ave Washington, DC 20530-0001 | Alberto Gonzelas | 70062150000413025905, DELIVERED 8/30/07 at 04:48 am |
| Peter Geren | Secretary of the Army | 101 Army Pentagon Washington, DC 26310-0101 | POC HQDA Chief Attorney and Legal Services | 70062150000413025899, DELIVERED 8/30/07 at 08:24 am |
| LTG Robert L. Van Antwerp | Chief of Engineers | Office of the Chief of Engineers 2600 Army Pentagon Washington, DC 20310-2600 | LTG Van Antwerp | 23031610000031641629 DELIVERED 8/29/07 at 12:34 PM |
| Jeffrey Taylor | US Attorney | Office of US Attorney Judiciary Federal Center 555 Fourth Street NW Washington, DC 20530 | Civil Process Clerk/ Jeffrey Baldrate | 70062150000413025882 DELIVERED 8/30/07 at 4:48 am |
| James Dries | GS-15 | HECSA CEHEC-ZA 441 G. Street NW Washington, DC 20314 | Director Deliver to Timothy Alderman Kathy Genung | 23031610000031642640 DELIVERED 8/29/07 at 7:24 am |
| Kathy Genung | GS-13 | Civilian Personnel Advisory Center HQ US Army Corps of Engineers, ATTN: CEPAC/HECSA 441 G. Street NW Washington, DC 20314 | C/O James Dries Director Humphreys Engineer Support Activity (HECSA) | 23031610000031642640 DELIVERED 8/29/07 at 7:24 am |
| Timothy Alderman | GS-14? | Same as above | C/O James Dries | 23031610000031642640 DELIVERED 8/29/07 at 7:24 am |
| Carl A. Strock, retired | LTG | Office of the Chief of Engineers 2600 Army Pentagon Washington, DC 20310-2600 | C/O LTG Van Antwerp Chief of Engineers | 23031610000031641629 DELIVERED 8/29/07 at 12:34 PM |
| Robert Griffin, retired | MG | Same as above | C/O LTG Van Antwerp | 23031610000031641629 DELIVERED 8/29/07 at |

| Name | Grade | Address | Service To | Tracking / Status |
|---|---|---|---|---|
| Barbara Campbell | GS-15 | Same as above | C/O LTG Van Antwerp | 23031610000031641629 DELIVERED 8/29/07 at 12:34 PM |
| David Breeden, retired | GS-13 | Same as above | C/O LTG Van Antwerp | 23031610000031641629 DELIVERED 8/29/07 at 12:34 PM |
| James Braxton | GS-14 | Same as above | C/O LTG Van Antwerp | 23031610000031641629 DELIVERED 8/29/07 at 12:34 PM |
| Kristine Allaman | SES | Same as above | C/O LTG Van Antwerp | 23031610000031641629 DELIVERED 8/29/07 at 12:34 PM |
| Bruce Merle Elliott | GS-15 | 8334 Kings Ridge Court, Springfield, VA 22153-2257 | Bruce Merle Elliott, sent to last home address | 70062150000413025912, **REFUSED** TO ACCEPT CERTIFIED MAIL, 8/28/07 6:02 PM |
| Toni Trevor Trombecky ("TTT") | GS-15 | 1825 Oak Drive Waldorf, MD 20601-4507 | Toni Trombecky, sent to last home address | 70062150000413025929, HAS NOT ACCEPTED CERTIFIED MAIL, NOTICE LEFT 8/29/07 2:23 PM |
| Sean Wachutka ("Sean W.") | GS-15 | 16711 Ostenbury Court Dumfries, VA 22025-3116 | Sean Wachutka, sent to last home address | 70062150000413025936, HAS NOT ACCEPTED CERTIFIED MAIL NOTICE LEFT 8/28/07 12:02 PM |
| To Be Determined – 10 Defendants | TBD | TBD | TBD | FUTURE SERVICE |

Respectfully Submitted,

Shelia A. Bloom, Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I, Sheila Bloom, hereby certify that a copy of a Notice of Lawsuit and Request for Waiver of Service of Summons (Form 1A) and Waiver of Service of Summons (Form 1B) were served, by first class *and / or* certified mail with postage paid envelope enclosed for each Defendant upon the following persons on August 4, 2007 and served C/O the parties listed where the Defendant's home address was not available. The Plaintiff also served the Summons with the Complaint on August 27, 2007:

**1. Nancy Mayer-Whittington**
Clerk of the Court
US District Court for the
DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
WASHINGTON, DC 20001
(Certified mail postage paid)

**2. JEFFREY A. TAYLOR, USA**
United States Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(~~Certified~~ mail postage paid) *first class*

**3. ALBERTO GONZALES** *OR SUCCESSOR*
Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Tel: 202-353-1555
(~~Certified~~ mail postage paid) *first class*

**4. PETER GEREN**
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101
POC: HQ DA Chief Attorney and Legal Services Directorate
Tel: 703-697-5423
Fax: 703-693-5735
(~~Certified~~ mail postage paid) *first class*

**5. LTG Robert L. Van Antwerp**
Chief of Engineers
Office of the Chief of Engineers
US Army Corps of Engineers
2600 Army Pentagon
Washington, DC 20310-2600
(~~Certified~~ mail postage paid) *first class*

This day of September 6, 2007      9/6/2007
By: Sheila Bloom, Pro Se Plaintiff

8

## Track & Confirm

### Search Results

Label/Receipt Number: 2303 1610 0000 3164 1629
Detailed Results:
- **Delivered**, August 29, 2007, 12:34 pm, WASHINGTON, DC 20022
- Arrival at Unit, August 29, 2007, 7:08 am, WASHINGTON, DC 20022
- Acceptance, August 27, 2007, 4:30 pm, ANNAPOLIS, MD 21401
- Enroute, August 27, 2007, 3:53 pm, BALTIMORE, MD 21233

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go>)

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. (Go>)

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

---

Date: 09/03/2007

sheila bloom:

The following is in response to your 09/03/2007 request for delivery information on your Signature Confirmation item number 2303 1610 0000 3164 1629. The delivery record shows that this item was delivered on 08/29/2007 at 12:34 PM in WASHINGTON, DC 20310 to A JACKSON. The scanned image of the recipient information is provided below.

Signature of Recipient:    Alex Jackson

Address of Recipient:    Pent Misc. 20310

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

9/3/2007 9:21

Date: 09/03/2007

sheila bloom:

The following is in response to your 09/03/2007 request for delivery information on your Certified item number 7006 2150 0004 1302 5899. The delivery record shows that this item was delivered on 08/30/2007 at 08:24 AM in WASHINGTON, DC 20310 to A JACKSON. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

---

**USPS - Track & Confirm**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

Home | Help | Sign In

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: 7006 2150 0004 1302 5899
Detailed Results:
- [Delivered, August 30, 2007, 8:24 am, WASHINGTON, DC 20022]
- Arrival at Unit, August 30, 2007, 3:09 am, WASHINGTON, DC 20022
- Acceptance, August 27, 2007, 4:20 pm, ANNAPOLIS, MD 21401

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

**Return Receipt (Electronic)**
Verify who signed for your item by email.

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

9/3/2007 9:24 ...

[USPS Certified Mail Receipt, article number 7006 2150 0004 1302 5905, postmarked AUG 27 2007, addressed to Alberto Gonzales, Attorney General US DoJ, 950 Pennsylvania Ave NW, Washington DC 20530-0001. Postage $2.03, Certified Fee $2.65, Return Receipt Fee $0.00, Total $5.83.]

PS - Track & Confirm

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do

UNITED STATES POSTAL SERVICE

Home | Help | Sign In

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2150 0004 1302 5905
Detailed Results:
- Delivered, August 30, 2007, 4:48 am, WASHINGTON, DC 20530
- Notice Left, August 30, 2007, 3:13 am, WASHINGTON, DC 20530
- Notice Left, August 30, 2007, 2:57 am, WASHINGTON, DC 20022
- Arrival at Unit, August 30, 2007, 1:44 am, WASHINGTON, DC 20022
- Acceptance, August 27, 2007, 4:24 pm, ANNAPOLIS, MD 21401

< Back      Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.
(Go >)

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

**Return Receipt (Electronic)**
Verify who signed for your item by email.  (Go >)

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

---

UNITED STATES POSTAL SERVICE

Date: 09/03/2007

sheila bloom:

The following is in response to your 09/03/2007 request for delivery information on your Certified item number 7006 2150 0004 1302 5905. The delivery record shows that this item was delivered on 08/30/2007 at 04:48 AM in WASHINGTON, DC 20530 to A JENNINGS. The scanned image of the recipient information is provided below.

Signature of Recipient:   [signature] Aaron Jennings

Address of Recipient:    [address] JUSTICE 20530

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

SPS - Track & Confirm

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.dt

Home | Help | Sign In

# UNITED STATES POSTAL SERVICE

## Track & Confirm

Track & Confirm

### Search Results

Label/Receipt Number: 7006 2150 0004 1302 5929
Detailed Results:
- [Delivered], August 28, 2007, 1:59 pm, WALDORF, MD 20602
- Notice Left, August 28, 2007, 1:59 pm, WALDORF, MD 20601
- Arrival at Unit, August 28, 2007, 9:03 am, WALDORF, MD 20602
- Acceptance, August 27, 2007, 4:21 pm, ANNAPOLIS, MD 21401

(< Back)   (Return to USPS.com Home >)

### Track & Confirm

Enter Label/Receipt Number.

(Go >)

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   (Go >)

**Return Receipt (Electronic)**
Verify who signed for your item by email.   (Go >)

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage  $  $1.39
Certified Fee  $2.65
Return Receipt Fee (Endorsement Required)  $0.00 (?)
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $  $5.49

Sent To  Tom Trevor Troylen
Street, Apt. No; or PO Box No.  ODS Clo Drive (3061-450)
City, State, ZIP+4  Waldorf MD 20601-4150

7006 2150 0004 1302 5929

9/3/2007 9:29









Track & Confirm

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.d

Home | Help | Sign In

**UNITED STATES POSTAL SERVICE**

Track & Confirm                                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2150 0004 1302 5882
Detailed Results:
- ~~Delivered, August 30, 2007, 4:48 am, WASHINGTON, DC 20530~~
- Notice Left, August 30, 2007, 3:13 am, WASHINGTON, DC 20530
- Notice Left, August 30, 2007, 2:57 am, WASHINGTON, DC 20022
- Arrival at Unit, August 30, 2007, 1:44 am, WASHINGTON, DC 20022
- Acceptance, August 27, 2007, 4:22 pm, ANNAPOLIS, MD 21401

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email.  ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

Date: 09/03/2007

sheila bloom:

The following is in response to your 09/03/2007 request for delivery information on your Certified item number 7006 2150 0004 1302 5882. The delivery record shows that this item was delivered on 08/30/2007 at 04:48 AM in WASHINGTON, DC 20530 to A JENNINGS. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:        JUSTICE  20530

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

9/3/2007 9:31



Date: 09/03/2007

sheila bloom:

The following is in response to your 09/03/2007 request for delivery information on your Signature Confirmation item number 2303 1610 0000 3164 2640. The delivery record shows that this item was delivered on 08/29/2007 at 07:24 AM in WASHINGTON, DC 20314 to T MCGEVAN. The scanned image of the recipient information is provided below.

Signature of Recipient: Thomas McGevan / Thomas McGevan

Address of Recipient: U.S. ARMY 20314

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

9/3/2007 9:18