IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0979 (HHK) |
| ) | |
| PETE GEREN, Secretary, ) | |
| United States Army et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff brings this case pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e-2, *et seq.*, ("Title VII"). Defendants respectfully move this Court for a forty-five day (45) day enlargement of time from October 29, 2007 through and including December 13, 2007 within which to respond to Plaintiff's judicial Complaint. Plaintiff indicated by e-mail on October 8, 2007 that she opposes this request. Notwithstanding Plaintiff's objection, good cause exists to grant this motion:

1. This is the Defendant's first enlargement request for this Complaint.

2. Plaintiff's pro-se complaint is 73 pages long, consisting of 286 individually-numbered paragraphs.

3. This is Plaintiff's second civil action before this Court. Her first Complaint consisted of 145 paragraphs and is identified by case number 05-1804. Several of the allegations within the first and second Complaints appear similar, if not identical. Parsing out the redundant and overlapping claims within these lengthy complaints is a labor-intensive and time-consuming process.

4. Plaintiff's whistleblower allegations within the above-captioned Complaint may restate the same issues previously raised in her Individual Right of Action (IRA) filed with the Merit Systems Protection Board and pursued to the Court of Appeals for the Federal Circuit in case number 2007-3102. Determining whether the Plaintiff is improperly attempting to restate claims already litigated requires detailed and time-consuming analysis of the prior IRA claim.

5. It is anticipated that after the Government completes its analysis Plaintiff's various complaints many of the allegations in this Complaint will be dismissed and this case will be significantly narrowed. Allowing the Government to complete this process will conserve judicial resources and eliminate duplicitous and unnecessary work.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-979 (HHK) |
| ) | |
| PETE GEREN, Secretary, ) | |
| United States Army  et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including December 13, 2007, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2007.


_____
Henry H. Kennedy
United States District Judge

Copies to:
Parties via ECF and first class mail

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for an enlargement was mailed to Plaintiff at the address listed below on this ___day of October 2007.

Sheila A. Bloom
1712 Cedarpark Road
Annapolis, MD 21401

_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895