UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM,<br><br>            Plaintiff,<br><br>            v.<br><br>PETER GEREN, Acting Secretary<br>United States Army, *et al.*,<br><br>            Defendants. | Civil Action 07-00979 (HHK) |

### ORDER

In her complaint, plaintiff, proceeding *pro se*, makes a "Request for Court Assigned Legal Counsel." Complaint p. 72. Such a request is not properly made in a complaint. Moreover, the court will not consider a motion for appointment of counsel by plaintiff unless she demonstrate first that she is entitled to proceed *in forma pauperis*. *See* Local Civil Rule 83.11 (b)(3). Accordingly, it this 5th day of November, 2007, hereby

**ORDERED** that plaintiff's request for the appointment of counsel is **DENIED** without prejudice; and it is further

**ORDERED** that the clerk shall enclose an *in forma pauperis* application when mailing this order to plaintiff.

                                                                                                                               Henry H. Kennedy, Jr.
                                                                                                                              United States District Judge