UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PETER GEREN, Acting Secretary<br>United States Army, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action 07-00979 (HHK) |

ORDER

Before the court is defendant's motion for an enlargement of time to respond to plaintiff's complaint [#5] to December 13, 2007. Because defendants have responded to the complaint by filing a motion to dismiss the complaint on October 29, 2007, the motion for an enlargement of time is **DENIED** as it is moot.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: November 5, 2007