UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM,<br><br>              Plaintiff,<br><br>              v.<br><br>PETER GEREN, Acting Secretary<br>United States Army, *et al.*,<br><br>              Defendants. | Civil Action 07-00979 (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS**

This matter comes before the court upon defendant's motion to dismiss plaintiff's complaint [#6], filed October 29, 2007. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is this 22nd day of November, 2007, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before December 21, 2007. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

                                                                              Henry H. Kennedy, Jr.
                                                                              United States District Judge