## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHEILA A. BLOOM,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action 07-00979 (HHK)** |
| **PETER GEREN, Acting Secretary United States Army,** *et al.,* | |
| **Defendants.** | |

## ORDER

Before the court is defendants' motion to dismiss the complaint [#6].  Upon consideration of the motion, plaintiff's opposition thereto, and the record of this case, the court concludes that the motion must be granted for the reasons set forth by defendants in their motion.   Specifically, plaintiff's discrimination claims are untimely, her whistle blower claim is barred by claim preclusion principles, and to the extent plaintiff makes any claim under the Federal Employee Compensation Act, standards promulgated by the Occupational Health and Safety Administration, and the Family and Medical Leave Act, such claims are beyond the jurisdiction of this court.

Accordingly, it is this 18th  day of January, 2008, hereby

**ORDERED** that this action is **DISMISSED**.

Plaintiff is advised that this is a final appealable order.

Henry H. Kennedy, Jr.
United States District Judge