UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHEILA A. BLOOM**<br>1712 Cedarpark Road<br>Annapolis, Maryland 21401<br><br>         Plaintiff,<br>v.<br><br>**PETER GEREN, ACTING SECRETARY**<br>UNITED STATES ARMY<br>101 Army Pentagon<br>Washington, DC  20310-0101<br><br>         and<br><br>**LTG ROBERT L. VAN ANTWERP**<br>Chief of Engineers<br>Office of the Chief of Engineers<br>2600 Army Pentagon<br>Washington, DC 20310-2600<br><br>Et. Al: Bruce Merle Elliott, Toni Trever Trombecky,<br>Sean M. Wachutka, James J. Braxton,<br>Tim Alderman, David Breeden, Kathy Genung<br>Kristine Allaman (SES), Barbara Campbell<br>Carl A. Strock LTG-RET, Robert Griffin MG-RET<br>Up to 10 defendants to be named<br>US ARMY CORPS OF ENGINEERS<br>441 G Street, NW<br>Washington, DC 20314-1000<br><br>         Defendants | Civil Action 07-00979 (HHK) |

**Notice of Appeal**

I, plaintiff, Sheila A. Bloom, pro se respectfully serve this Notice of Appeal to the Order Dismissing the Case post marked 30 January 2008.

**RECEIVED**

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

*/s/ Sheila Bloom*
Sheila Bloom
1712 Cedar Park Road
Annapolis, Maryland 21401

## CERTIFICATE OF SERVICE

I hereby certify that Notice of Appeal was served first class mail postage paid on this 30th day of March 2008 to the following:

JEFFREY A. TAYLOR, USA
United States Attorney for the
District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
TEL: 202-514-7566,
FAX: 202-307-3569
First Class Mail

PETER GEREN
Acting Secretary of the Army
101 Army Pentagon
Washington DC 20310-0101
POC: HQ DA Chief Attorney and
Legal Services Directorate,
703-697-5423
FAX: 703-693-5735
First Class Mail

LTG ROBERT L. VAN ANTWERP
Chief of Engineers
Office of the Chief of Engineers
2600 Army Pentagon
Washington, DC 20310-2600
Pentagon – 2D221A
POC: 703-693-4400
FAX: 703-692-4410
First Class Mail

Nancy Mayer-Whittington
Clerk of the Court
US District Court for the District of Columbia
333 Constitution Ave., NW 20001
Tel: 202-354-3050
Hand-delivered, First Class Mail *Washington DC*

Signed,

*/s/ Sheila Bloom*
Sheila Bloom
1712 Cedar Park Road
Annapolis, Maryland 21401

3/30/2008