UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM,<br><br>      Plaintiff,<br><br>    v.<br><br>PETER GEREN, Acting Secretary United States Army, *et al.*,<br><br>      Defendants. | Civil Action 07-00979 (HHK) |

## ORDER

On May 21, 2008, the United States Court of Appeals for the District of Columbia Circuit referred plaintiff Sheila Bloom's "Motion For Leave to Proceed on Appeal *In Forma Pauperis*" to this court for resolution. Ms. Bloom's motion fails to include several pieces of information that the court will consider before ruling on the motion. Specifically, Ms. Bloom must provide the court with: (1) the value of her IRA, 401Ks and 457B accounts; (2) her total monthly income from all sources; and (3) the market value of the home in which she lives and the owner of the revocable trust that owns her home. Accordingly, it is, this 2nd of June 2008, hereby

  **ORDERED** that the application of Sheila Bloom to proceed on appeal *in forma pauperis* is **HELD IN ABEYANCE** until the information indicated above is provided to the court; and it is further

  **ORDERED** that plaintiff shall provide this information by no later than June 27, 2008.

                            Henry H. Kennedy, Jr.
                            United States District Judge