UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA A. BLOOM,<br><br>     Plaintiff,<br><br>    v.<br><br>PETER GEREN, Acting Secretary United States Army, *et al.*,<br><br>     Defendants. | Civil Action 07-00979 (HHK) |

ORDER

On May 21, 2008, the United States Court of Appeals for the District of Columbia Circuit referred plaintiff Sheila Bloom's "Motion For Leave to Proceed on Appeal *In Forma Pauperis*" to this court for resolution. Upon consideration of the application, the affidavit that supports it, and the supplemental information provided to the court by Ms. Bloom on June 26, 2008, the court concludes that the application should be granted.

Accordingly, it is, this 15th day of July 2008, hereby

**ORDERED** that the application of Sheila Bloom to proceed *in forma pauperis* is **GRANTED**; and it is further

**ORDERED** that Sheila Bloom shall be permitted to proceed without being required to prepay fees, costs, or give security therefor.

                       Henry H. Kennedy, Jr.
                       United States District Judge